UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ROBERT L. ROSS,** | ) | NO. CV 09-1882-CBM(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| **DEBRA DEXTER, Warden,** | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Pursuant to the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED THAT the petition is denied and dismissed.

DATED: ___4/28/09_____    _____
                                     CONSUELO B. MARSHALL
                                     UNITED STATES DISTRICT JUDGE